IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| ANTHONY BENTON, on behalf of himself and others similarly situated, | ) ) ) CASE NO. 5:19-cv-00933 |
| Plaintiff, | ) ) JUDGE JOHN R. ADAMS |
| vs. | ) ) ) |
| THE M.K. MORSE COMPANY, | ) ) |
| Defendant | ) ) ) |

**JOINT MOTION FOR PRELIMINARY APPROVAL
OF CLASS ACTION SETTLEMENT**

Plaintiff Anthony Benton ("Plaintiff") on behalf of himself and others similarly situated (the "Class Members") and Defendant The M.K. Morse Company ("Defendant") hereby respectfully request that this Honorable Court:

1. Approve the Parties' Settlement Agreement, attached hereto as **Exhibit 1**;

2. Approve the settlement of the FLSA claims in this case;

3. Approve the service payment for Plaintiff Anthony Benton;

4. Give preliminary approval of the Class Action settlement, and approve the Notice of Proposed Settlement of Class Action and Fairness Hearing ("Settlement Notice") to the Class Members, attached hereto as **Exhibit 2**, pursuant to Fed. R. Civ. P. 23(e);

5. Designate Hans A. Nilges, Jeffrey J. Moyle, and Shannon M. Draher of Nilges Draher, LLC as Class Counsel, and preliminarily approve their request for attorneys' fees and costs.

In support of this motion, Plaintiff and Defendant submit the Settlement Agreement and its exhibits (*see* **Exhibit 1**), which consist of the following documents and proposed orders:

      Exhibit A:    List of Class Members by Employee Number

      Exhibit B:    Settlement Notice

      Exhibit C:    Proposed Order granting Preliminary Approval of the Class Action Settlement and approving the form, content and method of distribution of the Settlement Notice

Plaintiff and Defendant also submit the Declaration of Hans A. Nilges, attached hereto as **Exhibit 3**.

The following schedule sets forth a proposed sequence for the Settlement:

Five (5) business days after Preliminary Approval of the Class Action Settlement: Defendant's Counsel will provide the Settlement Administrator a spreadsheet containing the names, last known addresses, and Social Security Numbers of the Class Members;

Fourteen (14) days after Preliminary Approval of the Class Action Settlement: the Settlement Administrator will mail the Settlement Notice to the Class Members;

Forty-five (45) days after mailing of the Settlement Notice: Last day for Class Members to "opt-out" of the Settlement and submit written objections to the Settlement.;

Sixty (60) days after mailing of the Settlement Notice: The Parties will file a Joint Motion for Final Approval of the Settlement, which shall include a Declaration verifying that the Settlement Notice was distributed, a proposed estimated schedule of settlement payments, and proposed Final Order and Judgment Entry;

The Fairness Hearing will be held on _____ **[DATE TO BE SET BY COURT MORE THAN 90 DAYS AFTER THIS ORDER IS ENTERED]** at _____ **[TIME TO BE SET BY COURT]**;

Thirty-One (31) days after the Court's Final Order and Judgment Entry: the Effective Date of the Settlement Agreement;

Ten (10) days after the Effective Date: the Settlement Administrator will mail the settlement payments to the Class Members who do not opt-out of the Class Action settlement, the Service Award to Plaintiff, and the attorneys' fees and reimbursement of litigation expenses to Plaintiff's Counsel, as outlined in the Settlement Agreement.

As explained in the attached Memorandum in Support, the Settlement Agreement was reached during arms-length negotiations between the Parties, with the assistance of Mediator

Michael Ungar, which were conducted by experienced counsel following substantial investigation exchange of informal, and on the basis of mutual recognition of the strengths and weaknesses of each other's positions, and the risks to each side of continued litigation.

Respectfully submitted,

| **NILGES DRAHER LLC** | **REMINGER CO., L.P.A.** |
|---|---|
| */s/ Jeffrey J. Moyle* | */s/ Jonathan H. Krol (with consent)* |
| Jeffrey J. Moyle (0084854) | James O'Connor (0063428) |
| 614 W. Superior Avenue, Suite 1148 | Jonathan H. Krol (0088102) |
| Cleveland, Ohio 44113 | Katie Lynn Zorc (0092714) |
| Telephone: (216) 230-2955 | 101 West Prospect Avenue, Suite 1400 |
| Fax: (330) 754-1430 | Cleveland, Ohio 44115 |
| jmoyle@ohlaborlaw.com | Phone: (216) 687-1300 |
| | joconnor@reminger.com |
| Shannon M. Draher (0074304) | jkrol@reminger.com |
| Hans A. Nilges (0076017) | kzorc@reminger.com |
| 7266 Portage Street, NW, Suite D | |
| Massillon, Ohio 44646 | |
| Telephone: (330) 470-4428 | *Counsel for Defendant* |
| Fax: (330) 754-1430 | |
| hans@ohlaborlaw.com | |
| sdraher@ohlaborlaw.com | |
| | |
| Robi J. Baishnab (0086195) | |
| 34 N. High St., Ste. 502 | |
| Columbus, OH 43215 | |
| Telephone: (614) 824-5770 | |
| Fax: (330) 754-1430 | |
| rbaishnab@ohlaborlaw.com | |
| | |
| *Counsel for Plaintiff* | |

## **CERTIFICATE OF SERVICE**

I hereby certify that on November 1, 2019, the foregoing was filed electronically with the Court. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

*/s/ Jeffrey J. Moyle*
Jeffrey J. Moyle

*One of the Attorneys for Plaintiff*
