IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| ANTHONY BENTON, on behalf of himself and others similarly situated, | ) ) ) |
| Plaintiff, | ) CASE NO. 5:19-cv-00933 ) ) JUDGE JOHN R. ADAMS ) |
| vs. | ) **JOINT MOTION FOR FINAL** ) **APPROVAL OF CLASS ACTION** |
| THE M.K. MORSE COMPANY, | ) **SETTLEMENT AGREEMENT** ) |
| Defendant | ) ) ) |

Plaintiff Anthony Benton ("Representative Plaintiff", "Class Representative", or "Plaintiff"), on behalf of himself and the Class Members and Defendant The M.K. Morse Company ("Defendant") respectfully and jointly move the Court to enter a final order approving, as fair, reasonable, and adequate the Settlement of this class action pursuant to Fed. R. Civ. P. 23(e). A proposed Final Order and Judgment is attached as **Exhibit 1**.

On November 1, 2019, the Parties filed their Joint Motion for Preliminary Approval of Class Action Settlement. The Court entered its Preliminary Order Approving the Class Action Settlement Agreement and Notice on November 26, 2019. Based on that Order, the notice process has been completed, and distributions to the Representative Plaintiff and the Class Members have been calculated. (*See*, Declaration of Settlement Administrator (hereinafter "SA Dec.") attached as **Exhibit 2**).

The Settlement resolves bona fide disputes involving alleged overtime violations under the Fair Labor Standards Act ("FLSA") and the Ohio Minimum Fair Wage Standards Act ("OMFWSA"), O.R.C. § 4111.03. Current and former employees covered by the Settlement consist of Plaintiff and 525 Class Members certified by the Court and defined as:

> Defendant's current and formerly hourly Ohio shop employees that worked forty or more hours in any workweek during the period of April 25, 2016 to July 31, 2019.

Points and authorities supporting approval of the settlement were submitted by the Parties in their Joint Motion for Preliminary Approval of Settlement. (ECF, Dkt #8). The Parties respectfully supplement that submission with the following information concerning the completion of notice to the Class Members, the results of the notice process, and the amended proposed distributions to Plaintiff and the Class Members set forth in the Table of Individual Payments.

## I. NOTICE TO SETTLEMENT CLASS MEMBERS WAS COMPLETED

The Court's Preliminary Approval Order certified the following class pursuant to Fed. R. Civ. P. 23, consisting of:

> Defendant's current and formerly hourly Ohio shop employees that worked forty or more hours in any workweek during the period of April 25, 2016 to July 31, 2019.

The Court approved the form of the Notice and directed that it be sent to the Class Members by United States mail. (ECF, Dkt #8).

The third-party administrator, Analytics Consulting, LLC ("Analytics"), was provided with a class list, which contained the names and last-known mailing addresses for 525 individuals. (SA Dec., ¶ 6). On December 10, 2019, Analytics mailed the Court-approved Notice to the Class Members by first-class mail. (*Id.* at ¶ 8.) Twenty-four notices were returned as undeliverable. (*Id.* at ¶ 9). Analytics ran a "skip trace" on those undeliverable notices and located an updated address for 12 records. (*Id.*). Analytics re-mailed Notices to those 12 Class Members, and also forwarded four notices that had a forwarding address provided by the U.S. Post Office. (*Id.*).

## II. THE RESULTS OF THE NOTICE PROCESS FAVOR APPROVAL

The Court-approved Notice gave Eligible Class Members forty-five (45) days, until January 24, 2020, in which to request exclusion from the Settlement or to object to the Settlement. No Class Member opted out of, or objected to, the Settlement. (SA Dec. at ¶¶ 10-11). Furthermore, because no one opted out of the settlement or made any objection to it, the Parties request that the Court vacate the fairness hearing scheduled for February 26, 2020.

## II. CONCLUSION

For the reasons addressed herein and in the Joint Motion for Preliminary Approval of Class Action Settlement, the Parties respectfully ask the Court to approve this Settlement and enter the proposed Final Order and Judgment attached as **Exhibit 1**.

Respectfully submitted,

| | |
|---|---|
| **NILGES DRAHER LLC** | **REMINGER CO., L.P.A.** |
| */s/ Jeffrey J. Moyle* | */s/ Jonathan H. Krol (with permission)* |
| Jeffrey J. Moyle (0084854) | James O'Connor (0063428) |
| 614 W. Superior Avenue, Suite 1148 | Jonathan H. Krol (0088102) |
| Cleveland, Ohio 44113 | Katie Lynn Zorc (0092714) |
| Telephone: (216) 230-2955 | 101 West Prospect Avenue, Suite 1400 |
| Fax: (330) 754-1430 | Cleveland, Ohio 44115 |
| jmoyle@ohlaborlaw.com | Phone: (216) 687-1300 |
| | joconnor@reminger.com |
| Shannon M. Draher (0074304) | jkrol@reminger.com |
| Hans A. Nilges (0076017) | kzorc@reminger.com |
| 7266 Portage Street, NW, Suite D | |
| Massillon, Ohio 44646 | |
| Telephone: (330) 470-4428 | *Counsel for Defendant* |
| Fax: (330) 754-1430 | |
| hans@ohlaborlaw.com | |
| sdraher@ohlaborlaw.com | |
| | |
| *Counsel for Plaintiff* | |